U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 5 2015

TONY R. MOORE, CLERK
BY _____ MB _____
          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **BENJAMIN HARRIS** | DOCKET NO. 1:14-CV-3067; SEC. P |
| **VERSUS** | JUDGE DRELL |
| **WARDEN** | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Petitioner's second and successive petition for writ of habeas corpus be **TRANSFERRED** to the United States Fifth Circuit Court of Appeals in accordance with 28 U.S.C. §1631 and In re:Epps, 127 F.3d 364, 365 (5th Cir. 1997), for further proceeding.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 24th day of February, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT